# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ROBERT WAY,<br>　　　　Petitioner<br>　　v.<br>ATTORNEY GENERAL, et al.,<br>　　　　Respondent. | Case No. CV 16-5198-GJS<br><br>**JUDGMENT** |

   Pursuant to the Court's Memorandum And Order Denying Habeas Relief And Certificate of Appealability,

   IT IS ADJUDGED THAT the above-captioned action is dismissed with prejudice.

DATE: February 23, 2017

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　GAIL J. STANDISH
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE